UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE TYREE,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>OCWEN LOAN SERVICING LLC, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:15-cv-0427-APG-GWF<br><br>**ORDER DISMISSING DEFENDANT WELLS FARGO DEALER SERVICES** |

On July 17, 2015, plaintiff was advised by the court (Dkt. #20) that this action would be dismissed without prejudice as to defendant Wells Fargo Dealer Services unless on or before August 16, 2015, plaintiff filed proper proof of service or showed good cause why such service was not timely made. Plaintiff has failed to file proof of service nor shown good cause. Nor has plaintiff shown cause why this action should not be dismissed without prejudice as to those defendants for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, **DISMISSED without prejudice** only as to defendant Wells Fargo Dealer Services.

Dated: August 20, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE