**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GEORGE TYREE, | Case No. 2:15-cv-00427-APG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| OCWEN LOAN SERVICING LLC, *et al.*, | |
| Defendants. | |

In light of the notice of settlement (Dkt. #22) as between plaintiff George Tyree and Defendant Synchrony, sued as GECRB/Care Credit,

IT IS ORDERED that the pending motion to dismiss (Dkt. #13) is terminated without prejudice, and all pending dates, deadlines, and filing requirements as to defendant Synchrony (GECRB/Care Credit) are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss as to defendant Synchrony (GECRB/Care Credit) on or before October 31, 2015.

DATED this 2nd day of September, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE