UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GEORGE TYREE,

        Plaintiff,

vs.

OCWEN LOAN SERVICING, et al.

        Defendants.

Case No. 2:15-cv-00427

**STIPULATION OF DISMISSAL WITH PREJUDICE**

### ORDER OF DISMISSAL WITH PREJUDICE

The Court having read and considered the Stipulation of Dismissal with Prejudice filed herein, and good cause appearing therefor,

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff, George Tyree, against Defendant Equifax Information Services LLC ("Equifax") be and the same hereby are DISMISSED WITH PREJUDICE, each party to bear their/its own costs.

Dated:  September 24, 2015.

                                                                                                          _____
                                                            United States District Court Judge

22593409

ECIS-Brown-Answer