David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Michael Kind, Esq.
NV Bar No. 13903
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| **GEORGE W. TYREE,** | Case No.: 2:15-cv-00427-APG-GWF |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL OF GECRB/CARE CREDIT** |
| **OCWEN LOAN SERVICING, LLC; WELLS FARGO DEALER SERVICES; GECRB/CARE CREDIT; and EQUIFAX INFORMATION SERVICES, LLC,** | |
| Defendants. | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff GEORGE W. TYREE ("Plaintiff") and Defendant GECRB/CARE CREDIT ("GECRB"), having reached

settlement, stipulate to dismiss GECRB from the above-captioned matter with prejudice as to Plaintiff's claims against GECRB. Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 11, 2015

BY: /S/   Michael Kind
    Michael Kind, Esq.
    7854 W. Sahara Avenue
    Las Vegas, NV 89117
    Phone: (800) 400-6808 x7
    FAX: (800) 520-5523
    mkind@kazlg.com
    *Attorney for Plaintiff*

BY: /S/   Matthew Knepper
    Matthew Knepper, Esq.
    1160 Town Center Drive, Ste. 330
    Las Vegas, NV 89144
    702.634.5000
    Email:matthew.knepper@akerman.com
    *Attorney for GECRB/Care Credit*

## **ORDER**

**IT IS SO ORDERED.**

Dated:  December 11, 2015.

_____
UNITED STATES DISTRICT JUDGE