**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GEORGE TYREE, | Case No. 2:15-cv-00427-APG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| OCWEN LOAN SERVICING LLC, *et al.*, | |
| Defendants. | |

In light of the notice of settlement (Dkt. #28) as between plaintiff George Tyree and defendant Ocwen Loan Servicing, LLC,

IT IS ORDERED that all pending dates, deadlines, and filing requirements as to defendant Ocwen Loan Servicing, LLC are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss as to defendant Ocwen Loan Servicing, LLC on or before January 15, 2016.

DATED this 17th day of December, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE