UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE TYREE, | Case No. 2:15-cv-00427-APG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| OCWEN LOAN SERVICING LLC, *et al.*, | |
| Defendants. | |

In light of the status report regarding settlement (Dkt. #35) as between plaintiff George Tyree and defendant Ocwen Loan Servicing, LLC,

IT IS ORDERED that the parties shall file a stipulation to dismiss as to defendant Ocwen Loan Servicing, LLC on or before February 15, 2016.

DATED this 20th day of January, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE