# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE TYREE, | Case No. 2:15-cv-00427-APG-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| OCWEN LOAN SERVICING LLC, *et al.*, | |
| Defendants. | |

In light of the parties' second status report regarding settlement (Dkt. #37) as between plaintiff George Tyree and defendant Ocwen Loan Servicing, LLC,

IT IS ORDERED that the parties shall file a stipulation to dismiss as to defendant Ocwen Loan Servicing, LLC on or before March 15, 2016.

DATED this 7th day of March, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE